**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00848-CV

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants**

**V.**

**GREENVILLE LANDMARK VENTURE, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

We **GRANT** appellants' July 18, 2013 unopposed motion for an extension of time to file

a reply brief.  Appellants shall file their reply brief on or before August 7, 2013.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE